[No. 3227–2–III.   Division Three.   April 1, 1980.]

*In the Matter of the Marriage of* BETTY LAVERNE
BARRACLOUGH, *Respondent, and* JESS D.
BARRACLOUGH, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 223074, Marcus Kelly, J. Pro Tem.,
entered December 19, 1978. *Reversed* by unpublished opin-
ion per Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 3369–4–III.   Division Three.   April 1, 1980.]

AGNES SANCHEZ, *as Administratrix, Appellant,* v.
CHARLES H. HADDIX, ET AL, *Respondents.*

GUSTAVO GONZALEZ, *as Administrator, Appellant,* v.
CHARLES H. HADDIX, ET AL, *Respondents.*

EVARISTO ALVARADO, *as Administrator,* ET AL, *Appel-*
*lants,* v. CHARLES H. HADDIX, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Grant
County, No. 26622, Fred Van Sickle, J., entered March 9,
1979. *Affirmed* by unpublished opinion per Roe, J., con-
curred in by Green, C.J., and McInturff, J.

[No. 3418–6–III.   Division Three.   April 3, 1980.]

*In the Matter of the Custody of*
SHAWN SIDNEY GROSS.

CARRIE E. GROSS, *Respondent,* v. GEORGE SILK,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 238707, Philip J. Thompson, J.,
entered April 10, 1979. *Reversed* by unpublished opinion
per McInturff, J., concurred in by Green, C.J., and Munson,
J.